UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-Civ-80412-Middlebrooks/Magistrate Brannon

ACCESS FOR THE DISABLED, INC.,
a Florida non-for-profit corporation;
ROBERT COHEN, an Individual; and
PATRICIA L. KENNEDY, an Individual,

       Plaintiffs,

v.

PALM BEACH HOTEL CONDOMINIUM ASSOC.
INC., a Florida Profit Corporation; PIERRE HOSTYN
REALTY, INC., Foreign Profit Company, and PALM
BEACH HOTEL LIMITED a/k/a PALM BEACH
HOTEL, L.P., Foreign Profit Company; RAVA, LLC,
a Florida Profit Corporation; PALM BEACH RESORTS
INTERNATIONAL PROPERTIES, INC. a/k/a Palm
Beach International Properties, LLC; DOREEN LOH
INTERNATIONAL, INC.; C.J. HAMILTON, LLC;
ISLAND HOTEL HOLDINGS, INC.; JAMES WILNER
FINE ART, LLC; and HEATHER & MAURA MCCUNE,
an Individual as owner of Commercial unit 18,

       Defendants,
_____/

## JOINT MOTION FOR APPROVAL OF
## CONSENT DECREE

The Plaintiffs, ACCESS FOR THE DISABLED, INC., ROBERT COHEN and PATRICIA L. KENNEDY, and Defendant RAVA, LLC ("RAVA"), by and through their respective undersigned counsel, hereby move for the Court's approval and entry of the attached Consent Decree.

1.    Plaintiffs filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq.

2. The matters raised by Plaintiffs' Complaint and Amended Complaint as it relates to Defendant RAVA have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "A."

3. The Parties submit that the attached Consent Decree is fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at issue, and otherwise meets the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. Section 12181, et seq.

4. In accordance therewith, the parties respectfully request that the Court review, approve and ratify the Settlement. Additionally, the parties request the Court retain jurisdiction to enforce the terms of the Settlement.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

5. As part of the Settlement reached between the Plaintiffs and Defendant RAVA, Plaintiffs have agreed to dismiss Defendant RAVA with prejudice. Accordingly, the parties request, upon the Court's review, approval and ratification of the Settlement, that Defendant RAVA be dismissed with prejudice.

6. Accept as otherwise stated in the Settlement, the Plaintiffs and Defendant RAVA are to bear their own fees and costs.

WHEREFORE, the parties respectfully request that the Court grant this Motion; enter an order:

(a) approving and entering the attached Consent Decree,

(b) dismissing this action with prejudice, and

(c) retaining jurisdiction to enforce the Consent Decree; and grant such additional relief as the Court deems just and proper.

**[Signature Page to Follow]**

Respectfully submitted this 12th day of September 2014.

| | |
|---|---|
| /s/ Arthur Schofield, Esq. | /s/ Tal Shemtov, Esq. |
| ARTHUR T. SCHOFIELD, P.A. | THE SHEMTOV LAW FIRM, P.A. |
| Via Jardin Building | 9715 W. Broward Blvd., Suite 256 |
| 330 Clematis Street, Suite 207 | Plantation, Florida 33324 |
| West Palm Beach, Florida 33401 | (954) 861-9787 |
| (561) 655-4211 | Fax (954) 236-3530 |
| Fax (561) 655-5447 | Fla. Bar No. 28456 |
| Fla. Bar No. 984434 | shemtovlawfirm@yahoo.com |
| aschofield@flalabor.com | |
| | ATTORNEY FOR PLAINTIFFS |
| ATTORNEY FOR DEFENDANT | |
| RAVA, LLC | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September 2014, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below either via transmissions of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Arthur Schofield, Esq.
ARTHUR T. SCHOFIELD, P.A.
Via Jardin
330 Clematis Street, Suite 207
West Palm Beach, Florida 33401
(561) 655-4211
Fax (561) 655-5447
Fla. Bar No. 984434
aschofield@flalabor.com

ATTORNEY FOR DEFENDANT
RAVA, LLC

**SERVICE LIST**

*Access for the Disabled, Inc., et al. v.*
*Palm Beach Hotel Condominium Association, Inc., et al.*
Case No. 9:14-cv-80412-DMM
United States District Court, Southern District of Florida

Tal Shemtov, Esq.
E-Mail: shemtovlawfirm@yahoo.com
The Shemtov Law Firm, P.A.
9715 W. Broward Blvd., #256
Plantation, FL 33324
Telephone: (954) 861-9787
Facsimile:  (954) 236-3530
Counsel for Plaintiffs
*Via CM/ECF*

Adam S. Chotiner, Esq.
E-Mail:  aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Rd., Suite 400
Boca Raton, Florida 33434
Telephone:    (561) 477-7800
Facsimile:    (561) 477-7722
Counsel for Defendants Pierre Hostyn Realty, Inc., and Heather & Maura McCune
*Via CM/ECF*

Carri S. Leininger, Esq.
E-Mail: cleininger@wlclaw.com
Williams Leininger & Cosby
50 E. Ocean Blvd., Suite 203
Stuart, FL 34994
Telephone: (561) 615-5666
Facsimile:  (561) 615-9606
Counsel for Defendant Palm Beach Hotel Condominium Association, Inc.
*Via CM/ECF*

Carmen Yolanda Cartaya, Esq.
E-Mail: ccartaya@mscesq.com
McIntosh Sawran & Cartaya, P.A.
1776 E. Sunrise Boulevard
Ft. Lauderdale, FL 33338
Telephone: (954) 765-1001
Facsimile:  (954) 765-1005
Counsel for Defendant Palm Beach Hotel Limited
*Via CM/ECF*

John C. Webber, Esq.
E-Mail: jwebber@mscesq.com
McIntosh Sawran & Cartaya, P.A.
1776 E. Sunrise Boulevard
Ft. Lauderdale, FL 33338
Telephone: (954) 765-1001
Facsimile:  (954) 332-1024
Counsel for Defendant Palm Beach Hotel Limited
*Via CM/ECF*

Maralee M. Downey, Esq.
E-Mail: marti.downey@wallerlaw.com
Waller Lansden Dortch & Davis, LLP
511 Union St., Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8926
Facsimile:  (615) 244-6804
Pro Hac Vice Counsel for Defendant Palm Beach Hotel Limited
*Via CM/ECF*

ARTHUR T. SCHOFIELD, P.A. │Via Jardin │ 330 Clematis Street │Suite 207 │ West Palm Beach, FL 33401
(561) 655-4211 │ Facsimile (561) 655-5447
www.flalabor.com
5

Stanley E. Graham, Esq.
E-Mail: stan.graham@wallerlaw.com
Waller Lansden Dortch & Davis, LLP
511 Union St., Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8935
Facsimile: (615) 244-6804
Pro Hac Vice Counsel for Defendant Palm Beach Hotel Limited
*Via CM/ECF*

Adam S. Chotiner, Esq.
E-Mail: aschotiner@sbwlawfirm.com
ADAM S. CHOTINER, ESQ.
SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
7777 Glades Rd., Suite 400
Boca Raton, FL  33434
Tel:  (561) 477-7800
Fax:  (561) 477-7722
Attorneys for Defendants Pierre Hostyn Realty, Inc., and Heather & Maura McCune
*Via CM/ECF*

Richard Stephen Cohen, Esq.
E-Mail: rscohenesq@aol.com
Richard Cohen, LLC
1806 Old Okeechobee Road
West Palm Beach, FL 33409
Telephone: (561) 684-7701
Fascimile: (561) 615-6265
Counsel for Defendant C.J. Hamilton, LLC
*Via CM/ECF*

Steven Michael Ebner, Esq.
E-Mail: sebner@shutts-law.com
Shutts & Bowen, LLP
201 S. Biscayne Blvd., Suite 1500
Miami, FL 33131
Telephone: (305) 358-6300
Facsimile: (305) 381-9982
Counsel for Defendant Island Hotel Holdings, Inc.
*Via CM/ECF*

Arturo Carlos Martinez, Esq.
E-Mail: arturomartinez@shutts-law.com
Shutts & Bowen, LLP
201 S. Biscayne Blvd., Suite 1500
Miami, FL 33131
Telephone: (305) 358-6300
Facsimile: (305) 381-9982
Counsel for Defendant Island Hotel Holdings, Inc.
*Via CM/ECF*

Jason P. Dollard, Esq.
E-Mail: jdollard@jpdesq.com
Law Offices of Jason P. Dollard, P.A.
127 NE 2nd Avenue
Delray Beach, FL 33444
Telephone: (561) 819-5406
Facsimile: (561) 819-5407
Counsel for Defendant James Wilner Fine Art, LLC
*Via CM/ECF*

ARTHUR T. SCHOFIELD, P.A. │Via Jardin │ 330 Clematis Street │Suite 207 │ West Palm Beach, FL 33401
(561) 655-4211 │ Facsimile (561) 655-5447
www.flalabor.com
6