UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-80412-CIV-MIDDLEBROOKS/BRANNON

ACCESS FOR THE DISABLED, INC.,
a Florida non-for-profit corporation;
ROBERT COHEN, an Individual; and
PATRICIA L. KENNEDY, an Individual,

      Plaintiffs,
v.

PALM BEACH HOTEL CONDOMINIUM ASSOC.
INC., a Florida Profit Corporation; PIERRE HOSTYN
REALTY, INC., Foreign Profit Company, and PALM
BEACH HOTEL LIMITED a/k/a PALM BEACH
HOTEL, L.P., Foreign Profit Company; RAVA, LLC,
a Florida Profit Corporation; PALM BEACH RESORTS
INTERNATIONAL PROPERTIES, INC. a/k/a Palm Beach
International Properties, LLC; DORÉEN LOH
INTERNATIONAL, INC.; C.J. HAMILTON, LLC;
ISLAND HOTEL HOLDINGS, INC.; JAMES WILNER
FINE ART, LLC; and HEATHER & MAURA MCCUNE,
an Individual as owner of Commercial unit 18,

      Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

THIS CAUSE comes before the Court upon Joint Motion for Approval and Entry of Consent Decree [DE 75] ("Motion"), filed by Plaintiffs and Defendant RAVA, LLC ("RAVA") on September 12, 2014. With their Motion, they have included their Consent Decree, which is attached as an exhibit thereto [*see* DE 75 - Attachment 1]. Plaintiffs initiated this action on March 25, 2014 alleging that the Facility and property operated and/or owned by Defendant RAVA violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* ("ADA"). These parties now advise the Court that Plaintiffs and Defendant RAVA have settled

1

all claims in this action, and move for dismissal of the claims. The Court has reviewed the Motion and the Consent Decree, and is otherwise fully advised in the premises.

Having considered the Motion and Consent Decree, and recognizing that the settlement was concluded at arms-length with both sides represented by experienced counsel, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval and Entry of Consent Decree [DE 75] is **GRANTED**;

2. The Consent Decree is **APPROVED** and **ENTERED**;

3. This action is **DISMISSED WITH PREJUDICE** as to Defendant RAVA;

4. Plaintiffs' claims against all other Defendants remain; and

5. The Court shall retain jurisdiction over the dismissed claims solely for purposes of enforcing the Consent Decree.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 17 day of September, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record